CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NIMISHA BHUSHAN NIYOGI, *et al.*,

Plaintiffs,

v.

JOSEPH B. EDLOW, in his Official Capacity, Director, United States Citizenship and Immigration Services,

Defendant.

Case No. 5:26-cv-04867 SVK

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT AND ~~[PROPOSED]~~ ORDER**

On July 28, 2026, the Court granted the parties first stipulation to extension of time for Defendant's response to Plaintiffs' complaint. Dkt. No. 9. Plaintiffs and Defendant respectfully request the Court to grant an extension of time for Defendant's response and set a due date for September 1, 2026. The parties make this request because Defendant's counsel needs a brief additional time to prepare and finalize Defendant's response. In view of the agreed-upon extension for Defendant's response to the complaint, the deadline for Defendant to file a motion for summary judgment is continued to 30 days after the filing of any answer.

Dated: August 18, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: August 18, 2026

*/s/ Nimisha Bhushan Niyogi*
NIMISHA BHUSHAN NIYOGI
*Pro Se*

*/s/ Devendra Sunil Lattu*
DEVENDRA SUNIL LATTU
*Pro Se*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2. On July 28, 2026, the Court granted the parties first stipulation to extension of time for Defendant's response to Plaintiffs' complaint. Dkt. No. 9.

3. I have been in discussion with the agency, and we determined that Defendant needs a brief period of additional time to prepare their response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 18, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney